IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01208-WYD-MEH

ST. JOSEPH, INC., a Colorado corporation,

    Plaintiff,

v.

JOHN H. SIMMONS, a/k/a JOHNNY SIMMONS, an individual,

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court on the parties' Stipulation to Dismiss Without Prejudice (docket #11), filed August 30, 2007.  After carefully reviewing the file in the above captioned matter, I find that this stipulation should be approved.  Accordingly, it is

ORDERED that the Stipulation to Dismiss Without Prejudice (docket #11), filed August 30, 2007, is **APPROVED**.  It is

FURTHER ORDERED that this action is **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs.

Dated: September 5, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge